**E. K. HUFSTEDLER et ux., Appellants, v. BOARD OF PENSIONS OF THE PRESBYTERIAN CHURCH IN THE U. S. A., Appellee.**

No. 8039.

Court of Civil Appeals of Texas. Austin.

April 3, 1935.

Chas. Nordyke, of Lubbock, and H. D. Payne, of Floydada, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

McCLENDON, Chief Justice.

This case is ruled by the decision in Walker v. Temple Trust Company (Tex. Civ. App.) 60 S.W.(2d) 826, recently affirmed by the Supreme Court, 80 S.W.(2d) 935. Upon the authority of that decision, the trial court's judgment is affirmed.

Affirmed.

**E. K. HUFSTEDLER et al., Appellants, v. BOARD OF PENSIONS OF THE PRESBYTERIAN CHURCH IN THE U. S. A., Appellee.**

No. 8041.

Court of Civil Appeals of Texas. Austin.

April 3, 1935.

H. D. Payne, of Floydada, and Chas. Nordyke, of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

BAUGH, Justice.

Appeal is from a judgment in favor of appellee against appellants for debt and foreclosure of deed of trust liens on lands of appellants in Hale and Lubbock counties. The defense pleaded was usury. The same character of instruments and the same questions presented here were before us in Walker v. Temple Trust Co., 60 S.W.(2d) 826, affirmed by the Supreme Court in 80 S.W.(2d) 935. Upon authority of that case, the judgment of the trial court is affirmed.

Affirmed.

**L. R. JETER et al., Plaintiffs in Error, v. VICTORIA BANK & TRUST COMPANY, Defendant in Error.**

No. 9608.

Court of Civil Appeals of Texas.

San Antonio.

May 29, 1935.

K. D. Hall, of Refugio, for plaintiffs in error.

Procter, Vandenberge, Crain & Vandenberge, of Victoria, for defendant in error.

PER CURIAM.

Affirmed. See Associated Indemnity Corporation et al. v. Gatling (Tex. Civ. App.) 75 S.W.(2d) 294.